DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYMOND A. HAMMOND** and **PATRICIA J. HAMMOND,**
Appellants,

v.

**PNC BANK, N.A.** f/k/a **NATIONAL CITY MORTGAGE,** a division of
NATIONAL CITY BANK, Successor by Merger to Fidelity Federal Bank
and Trust, and **TANCO CONSTRUCTION CO., INC.,**
Appellees.

No. 4D19-3334

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Lisa S. Small, Judge; L.T. Case No.
502008CA026576XXXXMB.

Raymond Hammond and Patricia Hammond, Lakeland, pro se.

Edward J. O'Sheehan of Shutts & Bowen LLP, Fort Lauderdale, for
appellee PNC Bank, N.A.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***